IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>FREDY ESTUARDO-VELÁSQUEZ,<br>a/k/a FREDY ESTUARDO VELÁSQUEZ,<br><br>　　　　　Defendant. | REDACTED<br><br>Criminal Action No. 07- 11- UNA |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

On or about January 17, 2007, in the District of Delaware, Fredy ESTUARDO-Velásquez, a/k/a Fredy Estuardo VELÁSQUEZ, the defendant, an alien and subject of Guatemala or Mexico who had been removed from the United States on or about April 24, 2003, and also on or about February 28, 2006, was found in the United States, and the defendant was knowingly in the United States unlawfully, and prior to the defendant's reembarkation at a place outside the United States, neither the Attorney General nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to the defendant's reapplying for admission, all in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney
BY: _____
　　Ilana H. Eisenstein
　　Assistant United States Attorney

Dated: January 23, 2006