IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-011-1 JJF |
| FREDY ESTUARDO-VELSQUEZ, | : | |
| Defendant. | : | |

### O R D E R

WHEREAS, the Court held a Scheduling Conference on March 16, 2007 in the above-captioned case;

WHEREAS, the Court was advised that a Proposed Memorandum of Plea Agreement would be filed;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A Rule 11 hearing will be held on **Thursday, March 29, 2007 at 1:30 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. The time between the date of this Order and March 29, 2007 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

March 21, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE

F I L E D
MAR 2 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE