IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-011-1 JJF |
| FREDY ESTUARDO-VELSQUEZ, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, the above Defendant appeared for a Rule 11 hearing on March 29, 2007;

WHEREAS, the Defendant did not enter a change of plea;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A Rule 11 hearing or a Jury Trial will be held on **Wednesday, June 6, 2007, at 9:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. The time between the date of this Order and June 6, 2007 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 _et seq._)

April 24, 2007  
DATE

_____  
UNITED STATES DISTRICT JUDGE

FILED  
APR 26 2007  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE