IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-011-1 JJF |
| | : | |
| FREDY ESTUARDO-VELASQUEZ, | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, Defendant filed a <u>Pro Se</u> Motion for Continuance of the June 6, 2007 Jury Trial in the above-captioned case;

WHEREAS, counsel for Defendant joins the Motion for Continuance;

WHEREAS, the Government does not oppose the request;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.   The Jury Trial set to commence June 6, 2007 is **CONTINUED** to a date to be determined.

2.   The time between the date of this Order and the rescheduled trial date shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 <u>et</u> <u>seq</u>.)

 May 23, 2007 
       DATE

_____
UNITED STATES DISTRICT JUDGE



F I L E D

MAY 2 4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE