IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,      :

      Plaintiff,         :

      v.                :     Criminal Action No. 07-011-1 JJF

FREDY ESTUARDO-VELASQUEZ,    :

      Defendant.       :

## O R D E R

WHEREAS, by Order dated May 23, 2007, the Court granted Defendant's Pro Se Motion for Continuance of the June 6, 2007 Jury Trial in the above-captioned case (D.I. 16);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A Jury Trial will commence **Tuesday, September 12, 2007 at 9:30 a.m.**

2. The time between May 23, 2007 and September 12, 2007 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

<u>July 5, 2007</u>
    DATE



UNITED STATES DISTRICT JUDGE

FILED

JUL  5 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE