## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal Action No. 07-cr-00011-JJF |
| v. | : | |
| | : | |
| FREDY ESTUARDO-VELASQUEZ | : | |
| a/k/a | : | |
| FREDY ESTUARDO VELASQUEZ, | : | |
| | : | |
| Defendant. | : | |

### SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

PLEASE withdraw the appearance of Assistant United States Attorney Ilana H. Eisenstein as attorney of record and enter the appearance of Assistant United States Attorney Seth M. Beausang as attorney of record on behalf of the United States of America in the above-captioned matter.

Dated: July 10, 2007.

    Respectfully submitted,

    COLM F. CONNOLY
    United States Attorney

       /s/ Seth M. Beausang
    Seth M. Beausang (DE I.D. No. 4071)
    Assistant United States Attorney
    1007 N. Orange Street, Suite 700
    P.O. Box 2046
    Wilmington, Delaware 19899-2046
    (302) 573-6277, ext. 149
    (302) 573-6220 (fax)

## CERTIFICATE OF SERVICE

      I, Seth M. Beausang, hereby attest under penalty of perjury that on this 10th day of July, 2007, I caused a copy of the United States' Substitution of Counsel and Entry of Appearance to be served on the following counsel for Defendant by electronic filing:

Edson A. Bostic
Federal Public Defender's Office
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE 19801
302-573-6010

                        /s/ Seth M. Beausang
                        Seth M. Beausang (DE I.D. No. 4071)