Honorable Judge Joseph J. Farnan
District Court of Delaware
J. Caleb Boggs Federal Building
844 N. King Street Room 4124 Lockbox 27
Wilmington, Delaware 19801



CR 07-11

RECEIVED
AUG 17 2007

August 15, 2007

Fredy Estuardo Velasquez
Salem County Correctional Facility
125 Cemetery Rd
Woodstown, New Jersey 08098

Honorable Judge Farnan,

The reason for this letter is to relate to you some circumstances that I am going through. I am going through some medical conditions because of an accident that I had back in 2000. Not to make this a lengthy letter, but I would like to go in brief detail what went on and what continues to go on.

On April 8, 2000 I had an accident with a police car that had run a red light. The officer was not in an emergency nor did he have a siren or emergency lights on. I had four passengers with me. One of my friends consequently died in the accident. This is where I received my injuries to my back and spinal cord. When I was arrested on January 6, 2007, I was still receiving treatment from my doctor. Since I have been incarcerated, I have seen the doctor here twice. I am not getting the medical attention that is needed for my condition. I have no other choice to write to you about my issues. I have tried to tell my public defender but I have had no response. My condition is very serious and I was told by my doctor that I could end up in a wheel chair if I stopped my treatments. My condition is getting worse in here. I have trouble getting up out of my bed and cannot walk up steps. I know that this place is not a medical facility nor is it equipped for this type of injury, but I need help. They only give me Tylenol.

The other reason Your Honor; is that I have been done an injustice. After this accident I was referred to an attorney by an acquaintance. The attorney name is Joseph J. Longobardi. The attorney received a judgment and won an undisclosed amount of money. He had said to me that they were going to ask for two million. In 2003 I was detained by immigration in New Jersey or New York (not sure). In that facility, I received physiological treatment because day before the detainment I received very bad news concerning my medical condition. At that facility my attorney had me sign, what I now know to be a power of attorney. Days later I was deported. Consequently I received no compensation for my injuries and now no treatment. When I reentered the country I went directly to the attorneys' office and asked for an explanation. He said to me that he had given (money) it to his secretary and that my case was closed. He then gave phone numbers to his secretarys' home but they were all disconnected. He then advised me that I should try to find her address, which I did. I gave that to him, but he did nothing for me.

*Fredy Estuardo Velasquez*

All of a sudden I was arrested again. I believe that my attorney (Joseph J. Longobardi) for this accident along with his secretary conspired to take my settlement. The name of his secretary is Maria Mercedes Rodriguez. They figured that I was going to be deported and never see me again. Before I was arrested I had a scheduled hearing in Washington DC. I have no way of contacting them because I am in here and the arresting officer had taken all my paper work detailing date, time and what court. I was under the understanding that he had given it to Mr. Bostic, my public defender. I have not heard anything. I do not know what to do about my medical condition or the injustice that was done to me. Please Your Honor help me. I really do not know what to do. I cannot speak English and I have trouble communicating my issues.

Sincerely,

Fredy Estuardo Velasquez

*Fredy estuardo velasquez*

Honorable Judge Joseph J. Farnan
District Court of Delaware
J. Caleb Boggs Federal Building
844 N. King Street Room 4124 Lockbox 27
Wilmington, Delaware 19801

August 15, 2007

Fredy Estuardo Velasquez
Salem County Correctional Facility
125 Cemetery Rd
Woodstown, New Jersey 08098



CR-07-11

RECEIVED
AUG 17 2007

Honorable Judge Farnan,

Your Honor as I previously had written to you, my medical condition keeps deteriorating. The lack of medical attention and lack of the special attention I need continues.
I have been notified that I have a court date on September 12, 07. I was advised to show all the evidence I have to verify my nationalization status. Unfortunately I have not been able to locate the proof I need. I have not been able to communicate with my family. The last time I spoke with any of my relatives was when I was hospitalized because of the accident I had in April 2000. When they came to visit me, they related to me that they were no longer going to live in Los Angeles and were going to be moving to Miami. I have tried to communicate with them but, I have been unable too. I have repeatedly asked my attorney Edison Bostic to bring some of the property that was given to him since March. He has my wallet and in my wallet I have many phone numbers that I need. I have seen him numerous times and have not received anything. No explanation no property. Your Honor I plead with you to understand my situation here. I have no way to present my evidence. I also plead with you to please review my case where I had my accident, where the death of my best friend has had a devastating effect on me. I have felt no justice being served. This I believe has been the root and the beginnings of all my troubles. I have been physiologically affected. I have huge medical bills that I cannot pay. My attorney in the case defrauded me and never paid the doctors let alone the monies owed to me. I have no one to turn too. I have a language barrier that makes things hard. Your Honor, I plead that you give me additional time so that I can gather the necessary evidence to affirm my immigration status. If you set me free I will prove to the court that I never lied and I will prove my legal status here in the United States. If you choose to deport me to Mexico, my question is: What shall I do when I get the necessary documents proving my eligibility in the country? I assure you I will. Also have you had a chance to look into attorney Joseph J. Longobardi? Your Honor I thank you for your help, time and consideration. I pray and hope to have clarification come September 12, 07.

Respectfully,

*Fredy estuardo velasquez*



Fredy Estuardo Velasquez
S C C F
125 Cemetery Rd
Woodstown  NJ  08098



the Honorable Joseph J Farnan  Jr
J. Caleb Boggs Federal Buuilding
844 N. King Street
Room   4124;  Lockbox. 27
Wilmington. DE.   19801