Honorable Judge Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124 Lockbox 27
Wilmington, Delaware 19801



October 5, 2007

Fredy Estuardo Velasquez
Salem County Correctional Facility
125 Cemetery Road
Woodstown, New Jersey 08098

Honorable Judge Farnan,

Your Honor; the reason for this letter is to find out my status relating to my criminal matters and my civil matters. As you are aware, my court date was September 12, 2007 and I received a sentence of time served. It has been three weeks since my court date and I still remain in this facility. As I stated before in previous letters, I am in desperate need of medical and dental attention. I also need to know what is going on with me and with my issues with Joseph J. Longonbardi III.

Like I explained before, I have huge medical bills and also huge bills that I amassed while I was being treated and receiving therapy. I should be receiving treatment now, but as you know that in this facility it is just not possible. I have lost a tooth that they have not replaced here. I also tried numerous times to request my wallet (through my attorney Edson Bostic) with very important phone numbers and information that I need and I have not been able to retrieve it. Your Honor I have no one to help me and I plead with you to please help me in the situation that I am in. I thank you for your time and consideration.

Respectfully,

Fredy Estuardo Velasquez